IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLAND PARKS APARTMENTS, LIMITED PARTNERSHIP, et al.,<br><br>Defendants. | 8:20-CV-242<br><br>ORDER |

IT IS ORDERED:

1. The parties' Joint Motion for Distribution of Excess Funds (filing 55) is granted.

2. The Clerk of the Court shall distribute the unclaimed surplus of $55,531.37 to defendant Ashland Park Apartments, Limited Partnership, c/o Jeffery J. Love, Millington, Glass Law Firm, 1901 S. Ventura, Suite A, Springfield, MO 65804.

3. The defendant's counsel shall complete IRS Form W-9 and submit the completed form to the Clerk of the Court via email at NEDml_FinancialAdmin@ned.uscourts.gov so that funds may be distributed.

Dated this 16th day of November, 2021.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge